■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK GOYETTE, Appellant.—Appeal from a judgment of the Supreme Court (Harris, J.), rendered March 28, 1989 in Albany County, convicting defendant upon his plea of guilty of the crime of assault in the first degree.

Contrary to defendant's contention, the prison sentence he received of 5 to 15 years was not harsh or excessive. Although it was the harshest possible sentence (Penal Law § 70.02 [3] [b]; [4]), defendant was permitted to enter his plea in full satisfaction of a six-count indictment and was specifically warned by the court that he could receive the 5- to 15-year sentence. Under these circumstances, and given the nature of the crime involved, we find no abuse of discretion by the court in imposing sentence (see, People v Williams, 97 AD2d 599).

Mahoney, P. J., Mikoll, Yesawich Jr., Crew III and Harvey, JJ., concur. Ordered that the judgment is affirmed.